```
                                    FILED
                                    Jun 22 2021
                                    SUSAN Y. SOONG
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
                                    OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>TRACY PITCHFORD,<br><br>Defendants. | Case No.  5:21-mj-70977-MAG-1 (DMR)<br><br>Charging District:<br>Central District of California, Los Angeles<br><br>Charging District's Case No.:<br>2:21-cr-00255-AB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place:  United States District Court<br>Central District of California<br>255 East Temple Street<br>Los Angeles, CA  90122 | Courtroom No.:  341 |
|---|---|
| | Date and Time:  July 12, 2021 at 1:00 p.m.<br>(by Zoom or in person) before the General Duty Magistrate Judge |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated:  June 22, 2021

_____
Donna M. Ryu
United States District Judge